CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 22 2019

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ALICE PERDUE, | ) |
| Plaintiff, | ) Civil Action No. 7:18CV00416 |
| v. | ) **ORDER** |
| ROCKYDALE QUARRIES CORPORATION, | ) By: Hon. Glen E. Conrad |
| Defendant. | ) Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. The defendant's motion to dismiss (Dkt. No. 9) is **GRANTED IN PART AND DENIED IN PART**; and

2. The defendant's motion to stay further discovery pending a ruling on the motion to dismiss (Dkt. No. 23) is **DENIED AS MOOT**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

DATED: This 22d day of May, 2019.

_____
Senior United States District Judge